IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )        8:15CR91
                               )
      v.                       )
                               )
DANIELLE MARIE RICO,           )          ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 41).  Noting plaintiff has no objection and that defendant agrees to waive any right to a speedy trial, the Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion is granted.  Trial of this matter is rescheduled for:

**Monday, April 3, 2017, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  The parties will have time to prepare for trial or pursue plea negotiations, and it will accommodate the schedule of counsel and of the Court.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between February 13, 2017, and April 3, 2017, shall be deemed excludable

time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 9th day of February, 2017.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court